| CDIL PROB 22 (Rev. 4/97) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 0753/5 05-20054-002 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Martez Malone  **08CR 500**  **JUDGE GOTTSCHALL**  **MAGISTRATE JUDGE KEYS** | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael P. McCuskey | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/05/08 — TO 03/04/2011 |

OFFENSE

Conspiracy to Defraud Bank One

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 6/11/08 Date | *[signed]* Michael P. McCuskey Chief United States District Judge |
|---|---|

:kjb

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| JUN 2 3 2008 Effective Date | *[signed]* James F. Holderman United States District Judge |
|---|---|

**FILED**

JUN 2 4 2008 TC

**MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**